SUAREZ, C.J.
(concurring)
In light of prior case law from this Court and the absence of any ruling from the Florida Supreme Court, I am compelled to join in the affirmance of this case. See In the Interest of F.J.G.M., 196 So.3d 534 (Fla. 3d DCA 2016); D.A.O.L. v. Dep’t of Children & Families, 170 So.3d 927 (Fla. 3d DCA 2015); In re J.A.T.E., 170 So.3d 931 (Fla. 3d DCA 2015); M.J.M.L. v. Dep’t of Children & Family Servs., 170 So.3d 931, 932 (Fla. 3d DCA 2015); In re B.Y.G.M., 176 So.3d 290 (Fla. 3d DCA 2015); In re K.B.L.V., 176 So.3d 297 (Fla. 3d DCA 2015).
Nevertheless, I share the concerns of Judge Salter in his dissent and would hope this matter will be looked at by the Florida Supreme Court. I wholeheartedly agree with the policy and reasoning expressed by Judge Salter.